# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                                      |                          |
|--------------------------------------|--------------------------|
| EMMANUEL M. ASSUN,                   |                          |
|     Plaintiff,   |                          |
|                                      | CIVIL ACTION             |
| v.                                   |                          |
|                                      | Case No. 10-2009-KHV     |
| KANSAS DEPARTMENT OF HEALTH          |                          |
| AND ENVIRONMENT,                     |                          |
|                                      |                          |
|     Defendant.   |                          |

## MEMORANDUM AND ORDER

Plaintiff brings suit pro se against the Kansas Department of Health and Environment ("KDHE"), alleging race and national origin discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. This matter comes before the Court on plaintiff's Motion For Monetary Judgment (Doc. #31) filed September 20, 2010.

In a two page motion, plaintiff states that he has a Kansas Nursing Home Administrator license. He asserts that when he applies for a job, the potential employer sends a form to the KDHE to verify his license. Plaintiff states that since he filed this case in 2009, no employer has contacted him. Plaintiff believes that someone at KDHE is trying to prevent him from obtaining employment. Plaintiff further states that he has "no direct proof of who is doing this but this is common sense." Doc. #31 at 1.

To the extent that plaintiff seeks summary judgment, his motion does not comply with Rule 56, Fed. R. Civ. P., and D. Kan. Rule 56.1. In particular, plaintiff has not filed a supporting memorandum which contains a concise statement of material facts as to which plaintiff contends no

genuine issue exists.[1]  See D. Kan. Rule 56.1(a).  Moreover, plaintiff has not shown that there is no genuine dispute as to any material fact and that he is entitled to judgment as a matter of law.  See Fed. R. Civ. P. 56(a).

On this record, plaintiff's motion for judgment is overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Monetary Judgment (Doc. #31) filed September 20, 2010 be and hereby is **OVERRULED.**

Dated this 2nd day of December, 2010 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> Kathryn H. Vratil
> United Stated District Judge

---

[1] Pursuant to local rule, the facts must be numbered and refer with particularity as to those portions of the record upon which plaintiff relies.  See  D. Kan. Rule 56.1(a).